**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00190-CV

**SHERICA REDRICK, Appellant**

**V.**

**STATE FARM LLOYDS AND ANDRES ARMANDO GARCIA, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12379**

## ORDER

Before the Court is the court reporter's April 17, 2018 request for an extension of time to

file the reporter's record.  We **GRANT** the request and extend the time to **April 30, 2018**.


/s/    ADA BROWN
       JUSTICE